# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA GOMEZ DE RAMOS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00709-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER OR FILE NOTICE EXPLAINING WHY SUCH AN APPLICATION IS NOT APPROPRIATE IN THIS ACTION AND DIRECTING CLERK OF THE COURT TO PROVIDE PLAINTIFF WITH AN APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER<br><br>(ECF Nos. 3, 4)<br><br>FORTY-FIVE DAY DEADLINE |

　　　　On May 20, 2016, Plaintiff Estella Gomez De Ramos ("Plaintiff") filed a complaint in this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis in which she indicated that she was incarcerated. (ECF No. 2.) On May 23, 2016, an order issued denying Plaintiff's application to proceed in forma pauperis without prejudice and requiring her to file an application to proceed informa pauperis by a prisoner. The Court notes that the order provided Plaintiff with the incorrect form.

　　　　On June 30, 2016, Plaintiff filed a long form application to proceed in forma pauperis.

Since Plaintiff has indicated that she is incarcerated, she is required to submit an application to proceed in forma pauperis by a prisoner which includes the authorization to deduct payments from her account to pay the filing fee in this action. See 18 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall provide Plaintiff with an application to proceed in forma pauperis by a prisoner;

2. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, provide notice to the Court of why the prisoner application would not be required in this action; and

3. Plaintiff is notified that the failure to comply with this order will result in this action being dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**July 5, 2016**__

UNITED STATES MAGISTRATE JUDGE

2