# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA GOMEZ DE RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:16-cv-00709-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 4) |

Plaintiff Estela Gomez De Ramos filed a complaint on May 20, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff indicated that she was incarcerated and was ordered to file an application to proceed in forma pauperis by a prisoner.  On June 30, 2016, Plaintiff filed a long form application to proceed in forma pauperis.  In response to a court order seeking clarification, Plaintiff indicated that she had incorrectly marked the box stating she was incarcerated.  Therefore, the Court considers the long form application filed on June 30, 2016.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and

///

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:  **August 9, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2